The PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE JONES, Appellant, against JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Institution, Respondent.—Appeal by relator from an order of the Supreme Court, Special Term, Washington County, which dismissed a writ of habeas corpus. Relator was convicted of the felony of attempted burglary in the third degree and sentenced, as a second felony offender, to imprisonment under an indeterminate sentence, the maximum of such imprisonment to be 10 years and the minimum thereof 8 years. Burglary in the third degree is punishable by imprisonment for a term not exceeding 10 years. (Penal Law, § 407, subd. 3.) Conviction of an attempt to commit that crime would authorize imprisonment for not more than half that term (Penal Law, § 261) or 5 years, in the case of a first offender. As a second felony offender, relator was required to be " sentenced to imprisonment for an indeterminate term, the minimum of which shall be not less than one-half of the longest term prescribed upon a first conviction, and the maximum of which shall be not longer than twice such longest term." (Penal Law, § 1941, subd. 1.) The sentence imposed was, therefore, proper. Appellant's contention seems to be that a second offender's minimum sentence may *not exceed* one half of the longest term prescribed upon a first conviction but, as has been noted, the statute provides that the minimum shall be " *not less* than one-half " of such longest term.

Order unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.